UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| P.J. WILLIS-MITCHELL, on behalf of plaintiff and a class, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) 1:12-cv-01235-SEB-DML |
| vs. | )<br>) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | )<br>)<br>) |
| Defendant. | ) |

**ORDER DENYING WITHOUT PREJUDICE CROSS MOTIONS FOR SUMMARY JUDGMENT**

The court DENIES WITHOUT PREJUDICE the parties' cross-motions (Dkts. 85 and 87) for summary judgment. The court finds that the motions should not be adjudicated at this time because (1) the court should not make a merits decision before notice is given to the class and the opt-out period has expired, to avoid the potential for a one-way intervention problem[1] and (2) the Seventh Circuit's anticipated decision in *Oliva v. Blatt, Hasenmiller, Liebsker & Moore, LLC* can be expected to inform the merits of the parties' arguments on summary judgment. Indeed, the plaintiffs have filed at least three motions to supplement their summary judgment arguments with authority from district courts whose decisions will be directly affected by the *Oliva* decision. Undoubtedly,

---

[1] *See Peritz v. Liberty Loan Corp.,* 523 F.2d 349, 353-54 (7th Cir. 1975) (a merits ruling before notice to the class creates a one-way intervention problem where "a potential class member could await a resolution of the merits of the claim before deciding whether or not to join the lawsuit").

both parties will want an opportunity to address *Oliva* when it is decided. The court will expect the parties' input regarding the effect of *Oliva* on the Marion County small claims court issue in this case.

Rather than allowing the cross-motions to sit stale on the court's docket and later requiring their supplementation, the court finds it more efficient to deny the motions without prejudice. When *Oliva* is decided, the court will set a schedule for the parties to renew motions for summary judgment and to address *Oliva* in their briefing.

IT IS SO ORDERED.

Date: _____3/15/2016_____      _Sarah Evans Barker_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Daniel A. Edelman
EDELMAN COMBS LATTURNER & GOODWIN LLC
courtecl@edcombs.com

Cathleen Maria Combs
EDLEMAN COMBS LATTURNER & GOODWIN LLC
ccombs@edcombs.com

David M. Schultz
HINSHAW & CULBERTSON
dschultz@hinshawlaw.com

Jennifer Jay Kalas
HINSHAW & CULBERTSON
jkalas@hinshawlaw.com

Katherine H. Oblak
HINSHAW & CULBERTSON LLP
koblak@hinshawlaw.com

Avanti Deepak Bakane
HINSHAW & CULBERTSON, LLP
abakane@hinshawlaw.com

Justin M. Penn
HINSHAW & CULBERTSON, LLP
jpenn@hinshawlaw.com