# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| P.J. WILLIS-MITCHELL, on behalf of plaintiff and a class, | Case No. 1:12-cv-1235 |
| Plaintiff, | Judge: Sarah Evans Barker |
| v. | Magistrate Debra McVicker Lynch |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

## PRELIMINARY APPROVAL ORDER

The Court, having considered the parties Joint Motion for Preliminary Approval, hereby grants preliminary approval to the Class Settlement Agreement ("Agreement") between P.J. Willis-Mitchell ("Willis-Mitchell" or "Plaintiff") and Defendant, Portfolio Recovery Associates, LLC ("PRA" or "Defendant"), and finds as follows:

1. The terms of the Agreement are reasonable and fair and are hereby approved by the Court, subject to the final fairness hearing described below.

2. The following class was previously certified by the Court and is subject to the terms of the Agreement:

> **Class**: (a) all natural persons (b) sued by PRA (c) in a township small claims court (d) for a township other than one in which the person resided (e) where the debt collection action was filed on or after August 31, 2011 and on or before September 30, 2014.

3. Edelman, Combs, Latturner & Goodwin, LLC is appointed Class Counsel.

4. The Court approves the parties' proposed Class Notice and directs it be mailed to the last known address of the class members as shown on PRA's records on or before November 15, 2018 . The Class Administrator shall distribute the notice via any form of U.S. Mail providing address forwarding. Each notice shall be sent with a request for forwarding

302568023v1 0939631

addresses. In the event that a notice is returned as undeliverable and a forwarding address is provided, the Class Administrator shall cause to be forwarded any such returned notice to the address provided within four days of receipt.

5. Excluded from the Class are those persons who as of the date of this Final Approval Order and Judgment: (a) have been granted a discharge under the bankruptcy code, (b) are deceased or (c) have entered into a prior settlement agreement with PRA over the claims made in the above-captioned Litigation.

6. The Court finds that mailing of class notice is the only notice required and that such notice satisfies the requirements of due process and Federal Rule of Civil Procedure 23(c)(2)(B).

7. Class members have until January 15, 2019, or the first business day after the 60th day after the initial mailing of the class notice on _____, to request to be excluded or object to the proposed settlement.  A request for exclusion must be in writing and state "I hereby wish to exclude myself from the settlement in *Willis-Mitchell v. Portfolio Recovery Associates, LLC.*, Case No. 12-cv-1235 (S.D.Ind.)."  The request must also include the name, address, phone number and signature of the person(s) or entity seeking exclusion. The request must be mailed to the Class Administrator at the address provided in the Class Notice and received by such date as set by the Court. A request for exclusion that does not include all of the foregoing information, or that is sent to an address other than the one designated in the Class Notice, or that is not received within the time specified shall be invalid and the person(s) serving such request shall remain a Class Member and shall be bound as a Class Member by the Settlement, if approved. The Class Administrator shall forward copies of all requests for exclusion to Counsel for the Parties no later than seven days after the deadline for Class Members to submit such requests.

8. Class Counsel shall file a preliminary notice of Class Counsel's attorney fees and expenses by November 5, 2018  which the Court shall rule on at the final approval hearing.

9. A final hearing on the fairness and reasonableness of the Agreement and whether final approval shall be given to it and the request for Class Counsel for attorney's fees and expenses will be held on February 21, 2019 at 10:15 a.m. in RM 216, U.S. Courthouse, Indianapolis, Indiana.

10. At least 10 business days before the Fairness Hearing, Defendants shall deliver all settlement funds required under Paragraphs 11 and 12 of the Agreement, to be held in trust in accordance with the terms of Paragraphs 14b and 14c of the Agreement.

11. Defendant shall file a notice that they have complied with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §1715(b) by October 18, 2018.

DATE: 10/15/2018

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution will be made electronically on all
ECF-registered counsel of record via the Court's
ECF System.

302568023v1 0939631